No. 85–1736. JERSEY SHORE STATE BANK *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 85–184. STRINGFELLOW ET AL. *v.* CONCERNED NEIGHBORS IN ACTION ET AL. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 85–1222. INTERSTATE COMMERCE COMMISSION *v.* TEXAS ET AL.; and

No. 85–1267. MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 85–1239. AMOCO PRODUCTION CO. ET AL. *v.* VILLAGE OF GAMBELL ET AL.; and

No. 85–1406. HODEL, SECRETARY OF THE INTERIOR, ET AL. *v.* VILLAGE OF GAMBELL ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 85–1563. CALIFORNIA *v.* BROWN. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 85–5221. GRIFFITH *v.* KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari is granted limited to the following question: "In cases pending on direct appeal, should the holding in *Batson* v. *Kentucky, ante,* p. 79, be given retroactive effect?" Case is set for oral argument in tandem with No. 85–5731, *Brown* v. *United States,* immediately *infra.*